No. 91–7742. HUFFSMITH *v.* WYOMING COUNTY PRISON BOARD ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until June 8, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of certiorari.

No. 91–8019. IN RE HILL; and
No. 91–8023. IN RE ALDRIDGE. Petitions for writs of habeas corpus denied.

No. 91–7656. IN RE COX;
No. 91–7686. IN RE DESANTIS; and
No. 91–7858. IN RE STROMAN. Petitions for writs of mandamus denied.

No. 91–7472. IN RE BALLARD. Petition for writ of mandamus and/or prohibition denied.

No. 91–7640. IN RE TEDDER. Petition for writ of prohibition denied.

No. 91–794. HARPER ET AL. *v.* VIRGINIA DEPARTMENT OF TAXATION. Sup. Ct. Va. Certiorari granted.

No. 91–1496. REITER ET AL. *v.* COOPER, TRUSTEE FOR CAROLINA MOTOR EXPRESS, INC., ET AL. C. A. 4th Cir. Certiorari granted.

No. 91–1513. UNITED STATES DEPARTMENT OF THE TREASURY ET AL. *v.* FABE, SUPERINTENDENT OF INSURANCE OF OHIO. C. A. 6th Cir. Certiorari granted.